UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ANTHONY LEE GRINDSTAFF, )
)
     Plaintiff, )
)
v. )    No.:   2:13-CV-304-TWP
)
CHRIS MATHES, *et al*., )
)
     Defendants. )

## MEMORANDUM and ORDER

On November 2, 2016, the Court entered an order in this pro se prisoner's civil rights action under 42 U.S.C. § 1983, granting summary judgment to all Defendants except unserved Defendants Michael Cox and Chris Mathes and directing Plaintiff to show cause within ten (10) days as to why it should not enter summary judgment on the claims against those remaining Defendants [Doc. 48]. More than ten days have passed since entry of the order, and Plaintiff has failed to show cause or otherwise respond to the Court's order.

Therefore, the Court will enter summary judgment on the claims against Defendants Cox and Mathes and this case will be **DISMISSED** in its entirety.

**AN APPROPRIATE ORDER WILL ENTER**.


    s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE